IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOSEPH MITCHELL BLAKE, III, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | No. 5:23-CV-291 (CAR) |
| VILLAGE CAPITAL INVESTMENT, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER TO RESPOND

On August 18, 2023, Defendant Village Capital Investment LLC filed a Motion to Dismiss *pro se* Plaintiff Joseph Mitchell Blake, III's Complaint for failure to state a claim upon which relief may be granted.  Because Plaintiff is proceeding *pro se*, the Court finds it necessary and appropriate to inform Plaintiff of his obligation to respond to Defendant's Motion to Dismiss and of the consequences Plaintiff may suffer if he fails to file a proper response to Defendant's Motion.

Plaintiff is advised:

(1) a Motion to Dismiss has been filed on behalf of Defendant;

(2) he has a right to oppose the granting of the Motion; and,

(3) if he fails to oppose the Motion, his case may be dismissed.

Plaintiff is further advised that under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. The Court considers the Complaint and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

Failure of Plaintiff to respond to the Motion to Dismiss may result in the granting of said Motion. There would be no trial or any further proceedings.

Accordingly, **Plaintiff is DIRECTED to file a response to the Motion to Dismiss within fourteen (14) days of the date of entry of this Order.** Thereafter, the Court will consider the Defendant's Motion to Dismiss and any opposition to such Motion filed by Plaintiff. If no response is submitted by Plaintiff, the Court will consider Defendant's Motion to Dismiss to be unopposed. The Clerk is **DIRECTED** to serve Plaintiff at the last address provided by him.

**SO ORDERED,** this 11th day of October, 2023.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT