IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOSEPH MITCHELL BLAKE, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. |
| v. | : | 5:23-CV-291 (CAR) |
| | : | |
| VILLAGE CAPITAL INVESTMENT, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER DISMISSING CASE

On March 19, 2024, the Court granted Defendant's motion to dismiss but allowed *pro se* Plaintiff Joseph Mitchell Blake, III the opportunity to file an amended complaint within twenty-one (21) days.[1] The Court warned Plaintiff failure to file an amended complaint within the time stated in the Order would result in dismissal of this action. Plaintiff has failed to file an Amended Complaint, and the time to do so has now expired. Therefore, the Court **DISMISSES** this case.

**SO ORDERED,** this 18th day of April, 2024.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Order Granting Defendant's Motion to Dismiss [Doc. 13].