IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSEPH MITCHELL BLAKE, III, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00291-CAR |
| | * |
| VILLAGE CAPITAL INVESTMENT, LLC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 18, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 18th day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk